# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Servier Pharmaceuticals LLC

v.

Robert F. Kennedy, Jr., et al.

**Case No:** 25-5054

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Robert F. Kennedy, Jr.

Stephanie Carlton

### Counsel Information

**Lead Counsel:** Sean R. Janda

**Direct Phone:** (202) 514-3388  **Fax:** (   )   -   **Email:** sean.r.janda@usdoj.gov

**2nd Counsel:** Michael S. Raab

**Direct Phone:** (202) 514-4053  **Fax:** (   )   -   **Email:** michael.raab@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )   -   **Fax:** (   )   -   **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Avenue NW; Washington, DC 20530

**Firm Phone:** (   )   -   **Fax:** (   )   -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)